No. 873. GREEN ET AL. *v.* AETNA LIFE INS. Co. See *post,* p. 861.

No. 759. TEFFT *v.* GRANT, RECEIVER, ET AL.

Jurisdictional statement submitted May 13, 1929. Decided May 20, 1929. *Per Curiam:* The appeal is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. L. J. Tefft, pro se.* No appearance for appellees.

No. 746. SUPERIOR CONFECTION Co. *v.* CRAIG ET AL.; and
No. 747. KISER *v.* HEISE ET AL. Jurisdictional statement submitted May 13, 1929. Decided May 20, 1929. *Per Curiam:* The appeals are dismissed on the authority of § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the appeals as applications for certiorari, the same are denied. The motions for a rule to show cause and for the enforcement of the order of supersedeas are therefore also denied. *Mr. Joseph A. Tolbert* for appellants. No appearance for appellees.